Yana G. Henriks, Esq. (SBN 250638)
*yhenriks@law-mh.com*
Christopher D. Martin, Esq. (SBN 310026)
*cmartin@law-mh.com*
**MCMURRAY HENRIKS, LLP**
811 Wilshire Boulevard, Suite 1640
Los Angeles, California 90017
Telephone: (323) 931-6200
Facsimile: (323) 931-9521

*Attorneys for Plaintiff,*
*ROBERT ROSS*, as successor in interest to deceased Plaintiff THOMAS ROSS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No. 3:21-cv-02130-JO-VET<br><br>*[Assigned to the Hon. Jinsook Ohta; Referred to the Hon. Valerie E. Torres]*<br><br>**PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS'** ***DAUBERT*** **MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK**<br><br>Date: December 26, 2025<br>Time: 9:00 A.M.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta<br><br>*[Filed Concurrently with* Declaration of Yana Henriks, Esq.] |

1

PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS' DAUBERT MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for plaintiff Robert Ross, ("Plaintiff"), inadvertently submitted an outdated versions of Plaintiffs' Opposition to Defendants County of San Diego et al.'s *Daubert* Motion to Limit, or Exclude Opinion Testimony of Roger Clark, and the Declaration of Yana G. Henriks in Support Thereof, instead of Plaintiffs operative and final drafts. (See Declaration of Yana Henriks, Esq. ("Henriks Decl.") at ¶ 5.) Extenuating circumstances led to the erroneous filing. Specifically, on December 6, 2024, a junior attorney of the firm was working on these documents while I, Yana Henriks, was overseeing the and filing of Plaintiff's Opposition to Defendants' Motion for Summary Judgment or in the Alternative, Adjudication, which was due on the same day.  ("Henriks Decl.") at ¶ 3.) The junior attorney inadvertently filed older versions of the Opposition to the *Daubert* Motion and Declaration in Support Thereof, instead of filing the final drafts. (Henriks Decl. at ¶ 5.) Plaintiffs' counsel asks that the Court exercise its discretion in accepting the version of Plaintiffs' Opposition and my Declaration support thereof, that counsel intended to file. (Henriks Decl. at ¶ 7.)  Plaintiffs' counsel apologizes to the court and counsel for any inconvenience or confusion created by our error.  (Henriks Decl. at ¶ 7.)

DATED:  December 9, 2024

MCMURRAY HENRIKS, LLP

By: 

Yana G. Henriks, Esq.
Christopher D. Martin, Esq.
*Attorneys for Plaintiff,*
ROBERT ROSS, as successor-in-interest to THOMAS ROSS

2

PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS' DAUBERT MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK

# PROOF OF SERVICE
*Ross v. County of San Diego, et al.*
Case No. 3:21-cv-02130-JO-VET

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 811 Wilshire Blvd., Suite 1640, Los Angeles, California 90017.

On December 9, 2024, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS'** ***DAUBERT*** **MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK**

by method indicated below, on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| ☐ | **BY PERSONAL DELIVERY:** I caused a copy of the document to be delivered personally to the individual(s) named in the attached service list. |
| ☐ | **BY OVERNIGHT DELIVERY:** I enclosed the above-listed document(s) in an envelope or package provided by an overnight delivery carrier and addressed it to the referenced in attached service list. I placed the envelope or package for collection and overnight delivery at an area regularly utilized by said delivery carrier. |
| ☐ | **BY FAX TRANSMISSION:** I transmitted the foregoing document(s) by facsimile transmission from (323) 931-9521 to the facsimile numbers indicated on the attached mailing list. The transmission was reported as complete and without error on the transmission report, which was properly issued by the transmitting facsimile machine and, pursuant to Rule 2.306(h)(4), a copy of which is attached to the original of this proof of service. |
| ☐ | **BY U.S. MAIL:** I enclosed said document(s) in a sealed envelope or package to each addressee. I placed the envelope for collection and mailing, following our firm's ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service, with postage fully prepaid, on the same day in the ordinary course of business. |
| ☒ | **BY ELECTRONIC MAIL:** I transmitted the foregoing document(s) by electronic mail to the electronic mail addresses indicated on the attached mailing list. The transmission was reported as complete and without error. |
| ☒ | (STATE):   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on December 9, 2024 at Los Angeles, California.

/s/ Jessamine Lan

1
PROOF OF SERVICE

1                          Jessamine Lan

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
PROOF OF SERVICE

# SERVICE LIST:

*Ross v. County of San Diego, et al.*
Case No. 3:21-cv-02130-JO-VET

| Robert A. Ortiz, Esq. (SBN 246849)<br>Sylvia Soliman Aceves, Esq. (SBN 267381)<br>**OFFICE OF COUNTY COUNSEL**<br>1600 Pacific Hwy, Rm. 355<br>San Diego, CA 92101<br>Tel: (714) 937-1010 | Fax: (714) 937-1003<br>robert.ortiz@sdcounty.ca.gov<br>lauren.loreto@sdcounty.ca.gov<br>alisse.chargualaf@sdcounty.ca.gov | *Attorneys for Defendants,*<br>*COUNTY OF SAN DIEGO, et al.* |
|---|---|