Yana G. Henriks, Esq. (SBN 250638)
*yhenriks@law-mh.com*
Christopher D. Martin, Esq. (SBN 310026)
*cmartin@law-mh.com*
**MCMURRAY HENRIKS, LLP**
811 Wilshire Boulevard, Suite 1640
Los Angeles, California 90017
Telephone: (323) 931-6200
Facsimile: (323) 931-9521

*Attorneys for Plaintiff,*
*ROBERT ROSS*, as successor in interest to deceased Plaintiff THOMAS ROSS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROSS, an individual,<br><br>Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No. 3:21-cv-02130-JO-VET<br><br>*[Assigned to the Hon. Jinsook Ohta; Referred to the Hon. Valerie E. Torres]*<br><br>**DECLARATION OF YANA G. HENRIKS RE: PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS'** ***DAUBERT*** **MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK**<br><br>Date: December 26, 2025<br>Time: 9:00 A.M.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta<br><br>*[Filed Concurrently with Notice of Errata.]* |

1

DECLARATION OF YANA G. HENRIKS RE: PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS' DAUBERT MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK

# DECLARATION OF YANA HENRIKS, ESQ.

I, Yana Henriks, Esq. declare as follows:

1. I am an attorney licensed to practice law in this state. I am one of the Partners of my firm, McMurray Henriks, LLP. I am counsel for Plaintiff, Robert Ross ("Plaintiff"). I have true and correct knowledge of the facts stated herein and if called I could and would competently testify thereto.

2. This Declaration is offered regarding Plaintiffs' Notice of Errata in Plaintiffs' Opposition to Defendants County of San Diego et al.'s *Daubert* Motion to Limit, or Exclude Opinion Testimony of Roger Clark, and the Declaration of Yana G. Henriks in Support Thereof.

3. On December 6, 2024, our office was working to meet the deadline for opposing Defendants' Motion for Summary Judgment, which was due the same day as the Opposition to this *Daubert* motion.

4. I tasked a junior associate with filing the Opposition to this *Daubert* motion while I oversaw another associate attorney on filing the Opposition to the Motion for Summary Judgment.

5. The junior attorney of the firm inadvertently submitted rough drafts of Plaintiffs' Opposition to Defendants County of San Diego et al.'s *Daubert* Motion to Limit, or Exclude Opinion Testimony of Roger Clark, and my declaration in Support Thereof, instead of Plaintiff's operative and final drafts.

6. The junior attorney was working on these documents while I was overseeing the drafting and filing of Plaintiff's Opposition to Defendants' Motion for Summary Judgment or in the Alternative, Adjudication.

7. I ask that the Court exercise its discretion in accepting the version of Plaintiffs' Opposition and my Declaration support thereof, that counsel intended to file. I apologize to the court and counsel for any inconvenience or confusion created by our error.

2

DECLARATION OF YANA G. HENRIKS RE: PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS' DAUBERT MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK

McMurray Henriks, LLP
811 Wilshire Boulevard, Suite 1640
Los Angeles, CA 90017

8. Attached as **Exhibit 1** is a true and correct copy of the final draft of Plaintiff's Opposition to Defendants' Daubert Motion to Limit or Exclude Opinion Testimony of Plaintiff's Police Procedures Expert Roger Clark.

9. Attached as **Exhibit 2** is a true and correct copy of the final draft of the Declaration of Yana G. Henriks in Support of Plaintiff's Opposition to Defendants' Daubert Motion to Limit or Exclude Opinion Testimony of Plaintiff's Police Procedures Expert Roger Clark.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on December 9, 2024, in Los Angeles, California.

_____
Yana G. Henriks, Esq.
*Declarant*

# PROOF OF SERVICE
*Ross v. County of San Diego, et al.*
*Case No. 3:21-cv-02130-JO-VET*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 811 Wilshire Blvd., Suite 1640, Los Angeles, California 90017.

On December 9, 2024, I served the foregoing document(s) described as:

**DECLARATION OF YANA G. HENRIKS RE: PLAINTIFF'S NOTICE OF ERRATA IN DEFENDANTS' *DAUBERT* MOTION TO LIMIT OR EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S POLICE PROCEDURES EXPERT ROGER CLARK**

by method indicated below, on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| ☐ | **BY PERSONAL DELIVERY:** I caused a copy of the document to be delivered personally to the individual(s) named in the attached service list. |
| ☐ | **BY OVERNIGHT DELIVERY:** I enclosed the above-listed document(s) in an envelope or package provided by an overnight delivery carrier and addressed it to the referenced in attached service list. I placed the envelope or package for collection and overnight delivery at an area regularly utilized by said delivery carrier. |
| ☐ | **BY FAX TRANSMISSION:** I transmitted the foregoing document(s) by facsimile transmission from (323) 931-9521 to the facsimile numbers indicated on the attached mailing list. The transmission was reported as complete and without error on the transmission report, which was properly issued by the transmitting facsimile machine and, pursuant to Rule 2.306(h)(4), a copy of which is attached to the original of this proof of service. |
| ☐ | **BY U.S. MAIL:** I enclosed said document(s) in a sealed envelope or package to each addressee. I placed the envelope for collection and mailing, following our firm's ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service, with postage fully prepaid, on the same day in the ordinary course of business. |
| ☒ | **BY ELECTRONIC MAIL:** I transmitted the foregoing document(s) by electronic mail to the electronic mail addresses indicated on the attached mailing list. The transmission was reported as complete and without error. |
| ☒ | <u>(STATE):</u>   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on December 9, 2024 at Los Angeles, California.

*/s/ Jessamine Lan*_____
Jessamine Lan

1
PROOF OF SERVICE

# SERVICE LIST:

*Ross v. County of San Diego, et al.*
Case No. 3:21-cv-02130-JO-VET

| Robert A. Ortiz, Esq. (SBN 246849) Sylvia Soliman Aceves, Esq. (SBN 267381) **OFFICE OF COUNTY COUNSEL** 1600 Pacific Hwy, Rm. 355 San Diego, CA 92101 Tel: (714) 937-1010 \| Fax: (714) 937-1003 robert.ortiz@sdcounty.ca.gov lauren.loreto@sdcounty.ca.gov alisse.chargualaf@sdcounty.ca.gov | *Attorneys for Defendants, COUNTY OF SAN DIEGO, et al.* |