

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Ross, an individual; Willie Lee Wade; Robert Ross<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br>Defendant. | Civil Action No.   21-cv-02130-JO-VET<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment and DISMISSES Plaintiff's federal claims with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and DISMISSES those claims without prejudice. The case is hereby closed.

Date:  3/27/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Contreras

R. Contreras, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  21-cv-02130-JO-VET

Defendants:

County of San Diego; San Diego Sheriff's Department; Deputy McCarthy, an individual; Deputy Ramos, an individual; Deputy Saunders , Jr., an individual; Deputy Dow; Does 1-100, inclusive

Guardian Ad Litem Party:

Robert Ross